UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-03909 SB (JEMx) | Date | June 29, 2021 |
|---|---|---|---|
| Title | Cathay Bank v. Gryphon Mobile Electronics, LLC, et al. | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**   **(IN CHAMBERS) ORDER RE PLAINTIFF AND COUNTER-DEFENDANT'S APPLICATION FOR WRIT OF ATTACHMENT (Dkt. 14)**

     On May 21, 2021, Plaintiff Cathay Bank filed an Application For A Right To Attach Order And Writ Of Attachment against Defendant Nelson Yen.  (Dkt. 14, 16, 17, 18.)  The matter was set for hearing on July 1, 2021.  (Dkt. 29.)  The hearing is hereby vacated because Yen has filed for bankruptcy, triggering an automatic stay of the proceedings as to Defendant Nelson Yen.  (Dkt. 22.)  Vacating the hearing date also is appropriate in view of the Order to Show Cause re Remand issued by the District Court on June 28, 2021.  (Dkt. 46.)

| | : |
|---|---|
| Initials of Preparer | slo |